SAWYER & LABAR LLP
ADRIAN SAWYER, State Bar No. 203712
  *sawyer@sawyerlabar.com*
IVO LABAR, State Bar No. 203492
  *labar@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

Attorneys for Marks & Sokolov LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>NAO TSARGRAD MEDIA (24-cv-05423),<br>ANO TV-NOVOSTI (24-cv-05426), and<br>NO FOND PRAVOSLAVNOGO<br>TELEVIDENIYA (24-cv-05428),<br><br>              Defendants. | Case Nos.<br>5:24-cv-05423 (EJD)<br>5:24-cv-05426 (EJD)<br>5:24-cv-05428 (EJD)<br><br>Hon. Edward J. Davila<br><br>**SUPPLEMENTAL NOTICE TO THE COURT REGARDING SERGEI LOSEV**<br><br>Date:     November 8, 2024<br>Time:    10 AM<br>Crtrm.:   4 |

{277609.1}

Cases Related to Case No. 5:24-cv-05423 (EJD)

MARKS & SOKOLOV, LLC'S SUPPLEMENTAL NOTICE TO THE COURT

1    On October 23, 2024, Sergei Losev ("Losev") informed Sawyer & Labar LLP that he passed
2 the New York Bar examination on October 22, 2024.
3    Losev intends to apply for admission to the New York bar in order to be admitted in May
4 2025, assuming that the Bar approves his application after its investigation.
5    If Losev is admitted to the New York bar, he may not practice there unless he is associated
6 with a firm with a New York office.  Marks & Sokolov, LLC has no New York office.

9 DATED:  October 23, 2024          SAWYER & LABAR LLP

                                   By:     */s/ Adrian Sawyer*
                                           Adrian Sawyer
                                           Attorneys for Marks & Sokolov LLC

{277609.1}                          1          Cases Related to Case No. 5:24-cv-05423 (EJD)
MARKS & SOKOLOV LLC'S SUPPLEMENTAL NOTICE TO COURT