UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC, <br>     Plaintiff, <br> v. <br> NAO TSARGRAD MEDIA, <br>     Defendant. | Case No.   5:24-cv-05423-EJD <br><br> **ORDER TO SHOW CAUSE RE CONSOLIDATION** |
| GOOGLE LLC, <br>     Plaintiff, <br> v. <br> ANO TV-NOVOSTI, <br>     Defendant. | Case No.   5:24-cv-05426-EJD |
| GOOGLE LLC, <br>     Plaintiff, <br> v. <br> NO FOND PRAVOSLAVNOGO TELEVIDENIYA, <br>     Defendant. | Case No.   5:24-cv-05428-EJD |

As these three actions involve overlapping factual and legal issues, and the parties in these actions have regularly been filing identical, consolidated briefing in all three cases, the parties are ORDERED TO SHOW CAUSE why these matters should not be consolidated under Federal Rule of Civil Procedure 42(a). If the parties agree that consolidation is appropriate, they shall file a stipulation consolidating the matters by **November 22, 2024 at 12 pm**. The parties may, if they

1  believe appropriate, stipulate to consolidate these matters in any manner, such as for pretrial
2  purposes only, for trial, or in any other way they believe would promote the efficient adjudication
3  of these cases.  If a party believes that consolidation is not appropriate in any form, that party shall
4  file a response to this Order by the same deadline.

**IT IS SO ORDERED.**

Dated: November 18, 2024

EDWARD J. DAVILA
United States District Judge

Case Nos.: 5:24-cv-05423-EJD; 5:24-cv-05426-EJD; 5:24-cv-05428-EJD
OSC RE CONSOLIDATION                2