1   DAVID K. WILLINGHAM (SBN 198874)
      *dwillingham@kslaw.com*
2   JEANNE A. FUGATE (SBN 236341)
      *jfugate@kslaw.com*
3   SAMUEL R. DIAMANT (SBN 288738)
      *sdiamant@kslaw.com*
4   KING & SPALDING LLP
5   50 California Street, Suite 3300
    San Francisco, CA 94111
6   Telephone: (415) 318-1200
    Facsimile: (415) 318-1300
7

8   OLIVIA A. RADIN (*pro hac vice*)
      *oradin@kslaw.com*
9   KING & SPALDING LLP
    1185 Avenue of the Americas, 34th Floor
10  New York, NY 10036
    Telephone: (212) 556-2100
11  Facsimile: (212) 556-2222

12  Attorneys for Plaintiff
    GOOGLE LLC
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                     SAN JOSE DIVISION

17  GOOGLE LLC                          Case No. 5:24-cv-05423-EJD

18            Plaintiff,                **GOOGLE LLC'S STATEMENT OF
                                        RECENT DECISION**
19       v.

20  NAO TSARGRAD MEDIA, ANO TV-
    NOVOSTI, AND NO FOND
21  PRAVOSLAVNOGO TELEVIDENIYA,

22            Defendants.

23

24

25

26

27

28

_____
STATEMENT OF RECENT DECISION

**<u>STATEMENT OF RECENT DECISION</u>**

Plaintiff Google LLC, by and through its undersigned counsel, respectfully submits this Statement of Recent Decision pursuant to Civil Local Rule 7-3(d)(2) to notify the Court of the following judgment by the English Court (His Honour Judge Henshaw), in Claim Nos. CL-2024-000477 (*Google LLC v No Fond Pravoslavnogo Televideniya*), CL-2024-000478 (*Google LLC & Google Ireland Limited v NAO Tsargrad Media*), CL-2024-000479 (*Google LLC v ANO TV-Novosti*) and CL-2024-000480 (*Google Ireland Limited v ANO TV-Novosti*) which was publicly handed down on January 22, 2025 following applications by Google LLC and Google Ireland Limited to the King's Bench Division (Commercial Court) of the English High Court for similar relief to that sought before this Court:

*Google LLC & another v NAO Tsargrad Media & Others* [2025] EWHC 94 (Comm), attached hereto as **Exhibit 1**.

Dated: January 22, 2025                KING & SPALDING LLP

                                                    By:   */s/ Olivia A. Radin*
                                                            OLIVIA A. RADIN
                                                            DAVID K. WILLINGHAM
                                                            JEANNE A. FUGATE
                                                            SAMUEL R. DIAMANT

                                                    Attorneys for Plaintiff GOOGLE LLC

STATEMENT OF RECENT DECISION